# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145002(112)

U.S. MOTORS, PRAHA MOTORS, L.L.C.,
BRATISLAVA MOTORS, L.L.C., U.S.
MOTORS (SK), and JOSEPH LEVIN,
      Plaintiffs-Appellants,

v

GENERAL MOTORS EUROPE,
      Defendant-Appellee.

SC: 145002
COA: 299901
Wayne CC: 10-001791-CZ

_____/

     On order of the Court, the motion for reconsideration of this Court's October 4, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

d0122